**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 72.83.6.88**

**ISP:** Verizon Fios
**Physical Location:** Capitol Heights, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/24/2018 04:04:01 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 06/12/2018 14:20:08 | C1185F1C2B8B4A03128C0C2159808646C4477926 | A Long Time Cumming |
| 06/12/2018 13:56:27 | 1DD159F189395113D58BBD8F8BC591C0C5076C9D | Purely Perfect Pink |
| 04/03/2018 06:10:07 | 45BF4A440F1C00D1E2DCF46E8247E34C53A31D85 | Wine Makes Me Anal |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

MD712